## Vandiver v. The State.

*Vagrancy.*

(Decided Jan. 9, 1906, 40 So. Rep. 88.)

APPEAL from Montgomery City Court.
Heard before Hon. W. H. THOMAS.

L. A. SANDERSON, for appellant.

MASSEY WILSON, Attorney General for the State.

Reversed and remanded.

Opinion by TYSON, J.

DOWDELL, SIMPSON and ANDERSON, JJ., concur.

---

## Rust v. Electric Lighting Co., of Mobile.

*Cross Appeal.*

(Decided Jan. 9, 1906, 40 So. Rep. 89.)

APPEAL from Mobile Chancery Court.
Heard before Hon. W. H. TAYLOE.

GREGORY L. and H. T. SMITH, for appellant, on direct appeal and appellee on cross appeal.

F. G. BROMBERG and BESTOR, GRAY & BESTOR, for appellee on direct appeal and appellant on cross appeal.

ANDERSON, J.—This cause is reversed and rendered on direct appeal and affirmed on cross appeal.

TYSON, DOWDELL and SIMPSON, JJ., concur.

---

## Wallace v. North Alabama Traction Co.

*Negligently Killing Dog.*

(Decided Jan. 9, 1906, 40 So. Rep. 89.)

APPEAL from Morgan Circuit Court.
Heard before Hon. D. W. SPEAKE.

WERT & WERT, for appellant.

JOHN C. EYSTER, for appellee.

Affirmed.

Opinion by TYSON, J.

DOWDELL, SIMPSON and ANDERSON, JJ., concur.